1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

# DISTRICT OF NEVADA

8
9  FLORENCIO PEREZ,

10          Petitioner,                        Case No. 2:13-cv-01396-APG-PAL

11  vs.                                        **ORDER**

12  JAMES GREG COX, et al.,

13          Respondents.

14

15          Petitioner having submitted an application to appeal *in forma pauperis* (Dkt. #12), and good

16  cause appearing;

17          **IT IS THEREFORE ORDERED** that petitioner's application to appeal *in forma pauperis*

18  (Dkt. #12) is **GRANTED**.  Petitioner need not pay the appellate filing fee.

19          Dated: July 10, 2014.

20

21                                            _____

22                                            ANDREW P. GORDON
                                              United States District Judge
23
24
25
26
27
28