FILED

SEP 30 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FLORENCIO PEREZ, <br><br> Petitioner - Appellant, <br><br> v. <br><br> JAMES GREG COX, Director, <br><br> Respondent - Appellee. | No. 14-16289 <br><br> D.C. No. 2:13-cv-01396-APG-PAL <br> District of Nevada, <br> Las Vegas <br><br> ORDER |

Before:    CLIFTON and NGUYEN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).  Any pending motions are denied as moot.